IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY RAKES,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 4:19-cv-03401 |
| PROLLENIUM US, INC. and PROLLENIUM<br>MEDICAL TECHNOLOGIES, INC.,<br>    *Defendants.* | §<br>§<br>§<br>§ | |

**DEFENDANTS' MOTION TO APPEAR BY TELEPHONE
FOR INITIAL CONFERENCE**

The Court has scheduled an Initial Conference for December 18, 2019 at 10:30 a.m. Counsel for Defendants, who resides with his family in Austin, Texas, has a son who is in an elementary school performance scheduled for 8:00 a.m. the morning of the hearing. As he would very much like to attend this performance and build up fatherly goodwill, Defendants' counsel respectfully requests permission to appear at and participate in the Initial Conference by telephone.

Respectfully submitted,

*/s/ Jeffrey J. Hobbs*
**JEFFREY J. HOBBS**
State Bar No. 24012837
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas  78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was delivered via email to the following counsel of record on this the 12th day of December, 2019:

Anthony G Buzbee
Andrew Dao
Cornelia Brandfield-Harvey
The Buzbee Law Firm
600 Travis
Ste 7300
Houston, TX 77002
713-223-5393
tbuzbee@txattorneys.com
adao@txattorneys.com
cbrandfieldharvey@txattorneys.com

                                              */s/ Jeff Hobbs*
                                              JEFF HOBBS