IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY RAKES, *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:19-cv-03401 |
| PROLLENIUM US, INC. and PROLLENIUM MEDICAL TECHNOLOGIES, INC., *Defendants.* | § § § § | |

**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE FOR INITIAL CONFERENCE**

This Court, having reviewed Defendants' Motion to Appear by Telephone for Initial Conference, hereby GRANTS the Motion, and Defendants' counsel may appear at the Initial Conference scheduled for December 18, 2019 at 10:30 a.m. by telephone at a number to be provided by the Court's staff.

_____     _____
HONORABLE JUDGE PRESIDING                              DATE